UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20173-PCH

**JESUS GONZALEZ,**

    Plaintiff,

v.

**LE BON PAIN, INC.,**

    Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND CLOSING CASE

**THIS MATTER** is before the Court upon Plaintiff's, Jesus Gonzalez, Notice of Dismissal Without Prejudice **[ECF No. 8]**, filed on January 28, 2025. Plaintiff advises the Court that, pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(i), Plaintiff wishes to voluntarily dismiss this action without prejudice. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**, with each side to bear its own fees and costs unless otherwise agreed. All pending motions are denied as moot, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on January 29, 2025.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record